UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD SHEFFEY,<br><br>                    Petitioner,<br>      v.<br><br>WILLIAM HUTCHINGS, et al.,<br><br>                    Respondents. | Case No. 2:21-cv-01341-APG-VCF<br><br>**ORDER** |

Petitioner Ronald Sheffey, a Nevada state prisoner proceeding *pro se*, has filed a petition for writ of habeas corpus (ECF No. 3) under 28 U.S.C. § 2254. Sheffey has failed to keep the court apprised of his current address. The Southern Desert Correctional Center Law Library has returned court filings sent to the last institutional address Sheffey provided with a notation indicating that he no longer is at the institution. *See* Electronic Notice (ECF No. 6). The inmate search tool on the Nevada Department of Corrections' (NDOC) website reflects that Sheffey is now incarcerated at the Northern Nevada Correctional Center.[1]

The Local Rules of Practice require all parties, including habeas petitioners, to immediately file with the court written notice of any change of address. LR IA 3-1, LR 2-2. The Local Rules also warn that failure to comply may result in dismissal of the action, with or without prejudice, or other sanctions as the court deems appropriate. *Id. See also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) ("A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address.").

I THEREFORE ORDER petitioner Ronald Sheffey to update his address by filing a notice of change of address by October 21, 2021. If he fails to do so, I will dismiss his petition without further notice.

Dated: September 21, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] The inmate search tool may be accessed by the public online at: https://ofdsearch.doc.nv.gov/. I take judicial notice of Sheffey's status as reported in NDOC's online records.