# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

RONALD SHEFFEY,

    Petitioner,

v.

WILLIAM HUTCHINGS, et al.,

    Respondents.

Case No. 2:21-cv-01341-APG-VCF

**ORDER**

(ECF No. 12)

    Good cause appearing, I HEREBY ORDER that Respondents' motion for enlargement of time **(ECF No. 12) is GRANTED**. Respondents have until December 20, 2021 to answer or otherwise respond to Petitioner's petition for writ of habeas corpus.

    Dated: November 1, 2021

                                              ANDREW P. GORDON
                                              UNITED STATES DISTRICT JUDGE