**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD SHEFFEY, | Case No. 2:21-cv-01341-APG-VCF |
| Petitioner, | |
| v. | **ORDER** |
| WILLIAM HUTCHINGS, et al., | (ECF No. 24) |
| Respondents. | |

Before the court is the respondents' Motion for Leave to File Documents Under Seal. ECF No. 24.  The respondents seek leave to file under seal one document in support of their Answer (ECF No. 15): Exhibit 26, Petitioner's Presentence Investigation Report ("PSI") (ECF No. 25), dated July 26, 2017.  Under Nevada law, the PSI is "confidential and must not be made a part of any public record."  Nev. Rev. Stat. § 176.156(5).

Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, I find that a compelling need to protect Petitioner's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

**IT IS THEREFORE ORDERED:**

1. The respondents' Motion for Leave to File Documents Under Seal (ECF No. 24) is GRANTED.

2. Exhibit 26 (ECF No. 25) is considered properly filed under seal.

Dated: May 10, 2022

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE